IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

In Re:

**YAHAIRA IVETTE MALAVE**

XXX-XX-5147

**Debtor(s)**

Case No.:16-07583-BKT

Chapter 7

### TRUSTEE'S REQUEST FOR DISMISSAL

**TO THE HONORABLE COURT:**

    **COMES NOW, ROBERTO ROMAN VALENTIN**, Chapter 7 Trustee, and respectfully Alleges, States and Prays:

    1. That Trustee recommends summary dismissal pursuant to BLR 1017 for the following reason(s):

        a) Failure of Debtor(s) to appear at:

        ☒ initial ☐ continued creditor meetings.

        b) Failure to submit case's supporting documents.

    2. That in compliance with LBR 9013-1(c)(3), **d**ebtor(s) is(are) not a member(s) of the U.S. Armed Forces, the Coast Guard, the Public Health Service or the National Oceanic and Atmospheric Administration, as evidenced by the Certificate issued by the U.S. Department of Defense, copy which is attached only to the original of this motion and movant's copy.

    **WHEREFORE**, The Trustee requests case is dismissed for Debtor's failure to appear at the initial and continued Meeting of Creditors which would have allowed the Trustee to properly administer the case. See Section 521 (a)(3)and(4).

1

**NOTICE:** The Court may dismiss the case, if within 30 days, plus 3 days, if served by mail, any party against whom this paper has been served and files an objection or other appropriate response to this paper with the Clerk´s Office of the United States Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, this motion will be deemed unopposed and may be granted unless (1) the requested relief is prohibited by law; (2) the requested relief is against public policy; or (3) in the opinion of the Court, the interest of justice requires otherwise.

**CERTIFICATE OF SERVICE:** I hereby certify that on this date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends notification of such filing to all parties in this case registered for receipt of notice by electronic mail. I further certify that the foregoing document has been served to the US Trustee at ustregion21.hr.ecf@usdoj.gov; and, has been sent to Debtors attorney by CM/ECF system and to Debtor by first class mail to: HC -44 BOX 12531 CAYEY,PUERTO RICO 00736.

Respectfully submitted in San Juan, Puerto Rico, this 20th day of October, 2016.

/s/Roberto Román Valentín
ROBERTO ROMAN-VALENTIN
CHAPTER 7 TRUSTEE
PO BOX 90024003
SAN JUAN, PR 00902-4003
Tel. (787) 740-6011
Fax (787) 740-8411
E-mail: romanchpt7@gmail.com