United States Bankruptcy Court
for the District of Puerto Rico

In Re:
Yahaira Ivette Malave
xxx-xx-5147

Case No.: 16-07583-BKT
Chapter 7

Debtor(s)

## Answer to Trustee's Request for Dismissal

To the Honorable Court:

I Yahaira Malave respectfully ask to be giving another court date for my case. I did not appear to the initial meeting because, I received the letter on the 26 of October and the date of the meeting was on October 20, 2016. For that reason I did not get it on time for me to go. As soon as I got the letter I called the secretary at the court to let them know what happened the told me to call the trustee and his secretary told me that there was nothing they could do. I am requesting to be giving another date. I truly need and want to be giving a chance for me to do this chapter 7 bankruptcy. I will truly apreciate it.

P.S. you can comunicate with me at 939-280-7994, malaveyahaira80@gmail.com or HC 44 Box 12531 Cayey PR 00736

Respetfully,
yMalave